# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY H. WOOD, ) | |
|       Plaintiff, ) | Case No. 2:16-cv-02976-JCM-GWF |
| vs. ) | **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS., ) *et al.*, ) | |
|       Defendants. ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No.1 ) in this matter was filed on December 22, 2016. Defendant Experian Information Solutions filed its Answer (ECF No. 13) on February 3, 2017. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 24, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of April, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge