UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODNEY H. WOOD,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>CIT BANK NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:16-CV-2976 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Key Bank, N.A.'s motion to dismiss. (ECF No. 28).

After defendant filed its motion to dismiss (ECF No. 28), plaintiff Rodney Wood filed an amended complaint (ECF No. 32), thereby mooting defendant's motion.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No. 28) be, and the same hereby is, DENIED as moot.

DATED May 17, 2017.

　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**