Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY H. WOOD, <br><br> Plaintiff, <br><br> v. <br><br> CIT BANK, NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC, and TRANS UNION, LLC, <br><br> Defendants. | Case No. 2:16-cv-02976-JCM-GWF <br><br> **STIPULATION OF DISMISSAL OF TRANS UNION, LLC PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union, LLC, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

Dated: June 2, 2017
Respectfully submitted,

| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>Email:jbraster@naylorandbrasterlaw.com<br>Email:asharples@naylorandbrasterlaw.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |
| /s/ *Jason Revzin*<br>Jason Revzin, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>Nevada Bar No. 8629<br>Email: Jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant*<br>*Trans Union* | |

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED June 7, 2017