Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY H. WOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>CIT BANK, NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS,<br><br>    Defendant | Case No.: 2:16-cv-02976-JCM-GWF<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., PURSUANT TO FRCP 41(A)(1)(A)(II)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice. Each party will bear its own fees and costs.

Stipulation of Dismissal of Experian Information Solutions, Inc., Pursuant to FRCP 41(A)(1)(A)(II) - 1

Dated this 8th of August, 2017.

IT IS SO STPULATED.

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Jennifer L. Braster* <br> Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew Sharples, Esq. <br> Nevada Bar No. 12866 <br> NAYLOR & BRASTER <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email:jbraster@naylorandbrasterlaw.com <br><br> Counsel for Defendant <br> *Experian Information Solutions, Inc.* |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED August 9, 2017.

Stipulation of Dismissal of Experian Information Solutions, Inc., Pursuant to FRCP 41(A)(1)(A)(II) - 2